UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WILLIE J. GRIFFIN, JR.,                                    CIVIL NO. 10-3425 (JNE/JSM)

      Petitioner,

v.                                                                              <u>ORDER</u>

MR. EBBERT,
FCI Allenwood Medium, Warden,

      Respondent.


      The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 1, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.

      Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

      IT IS HEREBY ORDERED that the Clerk of Court is directed to transfer this case to the United States District Court for the Southern District of Mississippi.

Dated: 6-27-2011

                                     <u>s/ Joan N. Ericksen</u>
                                       JOAN N. ERICKSEN
                                       United States District Judge